# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 21, 2025

Mr. Matt A. Crapo
Immigration Reform Law Institute
25 Massachusetts Avenue, N.W.
Suite 335
Washington, DC 20001

Mr. Ryan Glen Kercher
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Jacob Przada
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Ms. Katherine J. Shinners
U.S. Department of Justice
Office of Immigration Litigation - District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044

    No. 24-50717   State of Texas v. Mayorkas
                  USDC No. 2:23-CV-24

Dear All Parties,

Attached is a revised case caption which should be used on all future filings in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Dantrell L. Johnson, Deputy Clerk
                504-310-7689

Case No. 24-50717

State of Texas,

        Plaintiff - Appellant

v.

Alejandro Mayorkas, Secretary, U.S. Department of Homeland Security; United States Department of Homeland Security; James R. McHenry, III, Acting U.S. Attorney General; United States Department of Justice,

        Defendants - Appellees