# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 28, 2025

Mr. Matt A. Crapo
Immigration Reform Law Institute
25 Massachusetts Avenue, N.W.
Suite 335
Washington, DC 20001

Mr. Philip Devlin
Western District of Texas, Del Rio
United States District Court
111 E. Broadway Street
Room L100
Del Rio, TX 78840-0000

Mr. Ryan Glen Kercher
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Jacob Przada
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Ms. Katherine J. Shinners
U.S. Department of Justice
Office of Immigration Litigation - District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044

     No. 24-50717    State of Texas v. Noem
                      USDC No. 2:23-CV-24

Dear Mr. Crapo, Mr. Devlin, Mr. Kercher, Mr. Przada, Ms. Shinners,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ M. Courseault
Melissa B. Courseault, Deputy Clerk
504-310-7701

Case No. 24-50717

State of Texas,

       Plaintiff - Appellant

v.

Kristi Noem, Secretary, U.S. Department of Homeland Security; United States Department of Homeland Security; James R. McHenry III, Acting U.S. Attorney General; United States Department of Justice,

       Defendants - Appellees