# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 10, 2025

No. 24-50717      State of Texas v. Noem
                  USDC No. 2:23-CV-24

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant brief must be blue; record excerpts must be white; Appellee brief must be red; Amicus brief must be green; Reply brief must be gray. You may refer to Fed. R. App. P. 32 for guidance.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Pamela F. Trice, Deputy Clerk
504-310-7633

Mr. Matt A. Crapo
Mr. Ryan Glen Kercher
Mr. Jacob Przada
Ms. Katherine J. Shinners