No.24-50717

# In the United States Court of Appeals for the Fifth Circuit

State of Texas,

*Plaintiff-Appellant,*

*v.*

Kristi Noem, Secretary, U.S. Department of Homeland Security; United States Department of Homeland Security; Pamela Bondi, U.S. Attorney General; United States Department of Justice,

*Defendants-Appellees.*

On Appeal from the United States District Court for the Western District of Texas, Del Rio Division

## PLAINTIFF'S UNOPPOSED MOTION TO POSTPONE ORAL ARGUMENT

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division Texas
State Bar No. 24060998
Ryan.Kercher@oag.texas.gov

OFFICE OF THE TEXAS ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548

Plaintiff-Appellant (Texas) respectfully moves this Court to postpone oral argument in this case, and would respectfully show the Court as follows:

Oral Argument in this case is currently scheduled on June 3, 2025 at 9:00 a.m. (ECF No. 43).

On April 21, 2025, Texas filed an unopposed motion to vacate the district court's order below, remand to the district court with instructions to dismiss the case as moot, and dismiss this appeal. (the "Motion," ECF No. 45).

Further, appellate counsel for Texas is scheduled for trial in (consolidated) Case No. 3:21-cv-00259 from mid-May through mid-June, 2025, resulting in an irresolvable conflict with the current oral argument setting.

Considering the pending motion to dismiss this appeal and counsel's conflicting trial setting, Texas respectfully moves to postpone oral argument in this case for at least 60 days from its current setting and reset to such date only in the event that oral argument is necessary following a ruling on Texas's pending Motion. This motion is unopposed.

Dated: April 21, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

Respectfully submitted,

*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Chief, Special Litigation Division
Texas State Bar No. 24060998
Ryan.Kercher@oag.texas.gov

OFFICE OF THE TEXAS ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700

COUNSEL FOR APPELLANT

## CERTIFICATE OF CONFERENCE

On April 21, 2025, Counsel for Plaintiff conferred with counsel for Defendants on this motion. *See* Fifth Circuit Rule 27.4. Counsel for Defendants are unopposed to the State's request to reschedule argument.

*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Chief, Special Litigation Division

## CERTIFICATE OF SERVICE

On April 21, 2025, this brief was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Chief, Special Litigation Division