# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 24, 2025

Ms. Katherine J. Shinners
U.S. Department of Justice
Office of Immigration Litigation - District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044

    No. 24-50717    State of Texas v. Noem
                        USDC No. 2:23-CV-24

Dear Counsel:

The court has requested a response to the Appellant's Motion to remand case, dismiss appeal and Appellant's Motion to continue oral argument.

The response is to be filed in this office on or before May 5, 2025.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Melissa B. Courseault, Deputy Clerk
                                      504-310-7701

cc:
    Mr. Matt A. Crapo
    Mr. Ryan Glen Kercher
    Mr. Jacob Przada