# United States Court of Appeals for the Fifth Circuit

No. 24-50717

United States Court of Appeals
Fifth Circuit

**FILED**

May 6, 2025

Lyle W. Cayce
Clerk

STATE OF TEXAS,

*Plaintiff—Appellant,*

*versus*

KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, *U.S. Attorney General*; UNITED STATES DEPARTMENT OF JUSTICE,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:23-CV-24

ORDER:

IT IS ORDERED that Appellant's unopposed motion to postpone oral argument is GRANTED.

IT IS FURTHER ORDERED that Appellant's unopposed motion to remand case to the district court to dismiss the case as moot CARRIED WITH THE CASE.

IT IS FURTHER ORDERED that Appellant's unopposed motion to dismiss the appeal is CARRIED WITH THE CASE.

No. 24-50717

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT