# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 25, 2025

TO COUNSEL LISTED BELOW:

     No. 24-50717    State of Texas v. Noem

Dear Counsel:

The panel to whom the above referenced case was assigned has determined under FRAP 34(a) that oral argument will not be required in this case. Therefore, counsel need not appear for argument.

The case will be decided in due course on the record and briefs on file.

Please acknowledge receipt via email to your courtroom deputy, charles_whitney@ca5.uscourts.gov.

                    Very truly yours,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Charles B. Whitney
                    Calendar Clerk
                    504-310-7679

Mr. Matt A. Crapo
Ms. Katherine J. Shinners
Mr. Jeffrey A. Stephens