United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 26, 2025
Lyle W. Cayce
Clerk

No. 24-50717

─────────────

STATE OF TEXAS,

               *Plaintiff—Appellant*,

*versus*

KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*;
UNITED STATES DEPARTMENT OF HOMELAND SECURITY;
PAMELA BONDI, *U.S. Attorney General*;
UNITED STATES DEPARTMENT OF JUSTICE,

               *Defendants—Appellees*.

─────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:23-CV-24

─────────────

UNPUBLISHED ORDER

  The administrative panel carried with the case the appellant's unopposed motion to vacate the order dismissing the complaint, to remand with instruction to dismiss the case as moot, and to dismiss the appeal as moot. IT IS ORDERED by this merits panel that the motion is GRANTED.[*]

───────────────

[*] One judge on this merits panel would elect not to order vacatur.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT